IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCE BUSINESS CAPITAL LLC d/b/a TRIUMPH BUSINESS CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>GTR GROUP INC. AND JELENA DORDEVIC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-2736<br>)<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT ORDER

This matter coming before the Court for an Order of Judgment to be entered in favor of Advanced Business Capital LLC d/b/a Triumph Business Capital and against Defendants GTR Group, Inc. and Jelena Dordevic, individually, jointly and severally, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that judgment is entered in favor of Advance Business Capital LLC d/b/a Triumph Business Capital and against Defendants GTR Group Inc. and Jelena Dordevic, individually, jointly and severally, as follows:

1. Finding that an account stated exists between Advance Business Capital LLC d/b/a Triumph Business Capital and GTR Group, Inc.;

2. Awarding Advance Business Capital LLC d/b/a Triumph Business Capital damages for breach of contract, breach of guaranty and alternatively, for an account stated, in the amount of $281,952.86;

3. Awarding Advance Business Capital LLC d/b/a Triumph Business Capital's its attorneys' fees and costs incurred to date in the amount of $15,255.00, together

with reasonable attorneys' fees and costs incurred in enforcing this Judgment Order.

**IT IS FURTHER ORDERED:**

4. The Court's ruling in this Judgment Order is final as to all of the claims as to all Defendants set forth in the Amended Complaint [Doc. No. 4].

ENTERED:

_____
Judge Jorge L. Alonso

Date: September 23, 2022

Prepared by:

Vincent T. Borst (6192904)
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
T: (312) 782-9000
F: (312) 782-6690
E: vborst@robbinsdimonte.com
Attorneys for Plaintiff
4271906 (11770.7)